```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION


KAREN S. DEARMOND,                  :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :   CIVIL ACTION 11-0244-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
     Defendant.                     :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Karen S. Dearmond and against Defendant Michael J. Astrue.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $3,536.23 plus expenses of $124.96 for a total award of $3,661.19.

DONE this 29th day of May, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE